IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK L. SMITH,

    Plaintiff,

v.

GREGORY GRAMS, Warden,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-387-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing with prejudice plaintiff's claims that defendant retaliated against plaintiff, acted with deliberate indifference to his serious medical needs, violated his right to due process and equal protection, and denied his access to the courts by refusing to confirm and verify his request for legal loans to pursue a civil case in the Circuit Court for Dane County, and dismissing without prejudice plaintiff's claim that defendant denied plaintiff's access to the courts by refusing to confirm and verify his request for legal loans to pursue habeas and criminal appeals cases.

_Peter Oppeneer_                      2/4/10
Peter Oppeneer, Clerk of Court              Date